UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 7641 (CM)
ECF CASE

**DEFAULT JUDGMENT**

                                        Plaintiffs,

        -against-

PINNACLE FLOORING INC.,

                                        Defendant.
------------------------------------------------------------------------X

        This action having been commenced on August 28, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Pinnacle

Flooring Inc. on September 5, 2007 by delivering two (2) true copies of the same to the Secretary of

the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a

proof of service having been filed on September 11, 2007 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on October 17, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,185.00 for a total of $3,585.00 and that Pinnacle Flooring Inc. and its officers are

ordered to produce any and all books and records relating to Pinnacle Flooring Inc. for the period of

October 1, 2004 through August 30, 2006.


Dated: _____
      New York, New York


                                 _____
                                 Honorable Colleen McMahon
                                 United States District Judge

                                 This document was entered on the docket
                                 on _____.